# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

October 15, 2002

*Before*

**Hon.** RICHARD A. POSNER, *Circuit Judge*

**Hon.** FRANK H. EASTERBROOK, *Circuit Judge*

**Hon.** DIANE P. WOOD, *Circuit Judge*

| | |
|---|---|
| STEVEN J. ALBRECHTSEN,<br>     Plaintiff-Appellee,<br>     Cross-Appellant,<br><br>Nos. 01-3577, 01-3791, and<br>   01-4197         v.<br><br>BOARD OF REGENTS OF THE UNIVERSITY<br>OF WISCONSIN SYSTEM,<br>     Defendant-Appellant,<br>     Cross-Appellee,<br>         and<br><br>H. GAYLON GREENHILL, et al.,<br>     Defendants,<br>     Cross-Appellees. | ] Appeals from the United<br>] States District Court for<br>] the Western District of<br>] Wisconsin.<br>]<br>]<br>] No. 00 C 597<br>]<br>] John C. Shabaz, Judge.<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>] |

The opinion of this Court issued on October 15, 2002, is **WITHDRAWN** and the judgment is **VACATED**.